[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 46.]

**THE STATE OF OHIO, APPELLEE, *v.* MCCARDLE, APPELLANT.**

**[Cite as *State v. McCardle*, 1998-Ohio-682.]**

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment affirmed on authority of State v. Cook.*

(No. 98-1041—Submitted October 13, 1998—Decided December 2, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 97APA09-1233.

————————

*Ronald J. O'Brien*, Franklin County Prosecuting Attorney, and *Steven L. Taylor*, Assistant Prosecuting Attorney, for appellee.

*Judith M. Stevenson*, Franklin County Public Defender, and *Paul Skendelas*, Assistant Public Defender, for appellant.

————————

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————